IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREGORY JONES                                                                                     PLAINTIFF

v.                                            NO. 4:07CV01173 JLH

UNION PACIFIC RAILROAD COMPANY                                                  DEFENDANT

## ORDER

Plaintiff's Motion to Assess Costs Against Defendant is denied as moot.  Document #76.

The Court has been informed that the matter has been resolved.

IT IS SO ORDERED this 21st day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE